UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| SIMONNE DODGE, | ) | |
| Plaintiff, | ) | Case No. 2:05-cv-281 |
| | ) | |
| v. | ) | |
| | ) | |
| LANDSTAR RANGER, INC., | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed to by and between the parties to this action that this action may be dismissed with prejudice.

O'NEILL KELLNER & GREEN

MICHAEL I. GREEN
Attorneys for Plaintiff
159 Bank Street - P.O. Box 5359
Burlington, VT 05402-5359
(802) 865-4700

April 10, 2007

DINSE, KNAPP & MCANDREW, PC

KAREN MCANDREW
Attorneys for Defendant
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988
(802) 864-5751

April 10, 2007